IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:18-cr-251-WKW-WC |
| | ) |
| JARED SMITH | ) |

# **ORDER**

Upon consideration of Defendant Jared Smith's *Motion to Reopen Detention Hearing* (Doc. 45, filed April 4, 2019), it is

ORDERED that a detention hearing is hereby set for April 9, 2019, at 10:00 a.m., in Courtroom 5A, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this the 4th day of April, 2019.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE